```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03089
    GEORGE J PETERS
    PAMELA A PETERS                       CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-3125    SSN XXX-XX-6061
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 02/12/08 and confirmed on 04/18/08.

   2. The case was dismissed after confirmation, 10/10/2008.

   3. The Debtor paid a total of $   2250.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDFIRST BANK | CURRENT MORTG | .00 | .00 | .00 |
| MIDFIRST BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| BENEFICIAL | SECURED | 7949.58 | 113.49 | 546.59 |
| CNAC | SECURED VEHIC | .00 | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNTS RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 870.90 | .00 | .00 |
| HELP ME BE GOOD | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 343.60 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 217.59 | .00 | .00 |
| GEORGE JONES MD | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 230.00 | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| WATER RECONDITIONING CO | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL RECOVERY AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA SERVICE CORP | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 362.54 | .00 | .00 |
| SCHOLASTIC | UNSECURED | NOT FILED | .00 | .00 |

```
JEFFERSON CAPITAL SYSTEM  UNSECURED         885.84              .00           .00
COMED                     UNSECURED        2506.57              .00           .00
NICOR GAS                 UNSECURED       NOT FILED             .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7949.58           .00      5417.04         .00    13366.62
PRINCIPAL PAID        546.59           .00          .00         .00      546.59
INTEREST PAID         113.49           .00          .00         .00      113.49
TOTAL PAID            660.08           .00          .00         .00      660.08
```

The Debtor's attorney, RONALD D CUMMINGS              , was allowed $   3500.00
and was paid $    677.00   direct and $   1459.42   through the plan.

The Trustee received $    130.50 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/14/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE